UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOME QUARTERS REAL ESTATE
GROUP, LLC,

        Plaintiff,

v.

MICHIGAN DATA EXCHANGE, INC.
d/b/a MIREALSOURCE, and REALCOMP
II, LTD.,

        Defendants,

and

MICHIGAN DATA EXCHANGE, INC.
d/b/a MIREALSOURCE

        Counter-Plaintiff,

v.

HOME QUARTERS REAL ESTATE
GROUP, LLC,

        Counter-Defendant.

Case No. 2:07-cv-12090-SJM

HON. STEPHEN J. MURPHY III

_____/

## ORDER AMENDING SCHEDULING ORDER

The Court having considered *Home Quarters Real Estate Group, LLC's Unopposed Motion For 60 Day Extension of Scheduling Order*, and based upon the stipulation of the parties, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Scheduling Order (Docket No. 52), as amended (Docket No. 92), is further amended as follows:

    1.    Discovery shall be fully completed by June 8, 2010;

    2.    Pretrial motions must be filed by July 8, 2010;

    3.    Plaintiff's expert report(s) must be served by March 8, 2010;

4. Plaintiff's expert depositions must be conducted by April 8, 2010;

5. Defendants' expert report(s) must be served by May 8, 2010;

6. Defendants' expert depositions must be conducted by June 8, 2010;

7. Joint Final Pretrial Order shall be proposed by September 22, 2010;

8. Final Pretrial Conference is scheduled for September 29, 2010 at 2:00 PM;

9. Jury Trial: October 5, 2010 at 9:00 AM.

The remainder of the Scheduling Order remains in full force and effect.

NO FURTHER EXTENSIONS WILL BE GRANTED.

s/Stephen J. Murphy, III
Stephen J. Murphy, III
United States District Judge

Dated: December 9, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 9, 2009, by electronic and/or ordinary mail.

s/Alissa Greer
Case Manager

2