UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOME QUARTERS REAL ESTATE
GROUP, L.L.C.,

          Plaintiff,          Case No. 07-12090

  v.                      District Judge Stephen J. Murphy, III

                             Magistrate Judge R. Steven Whalen

MICHIGAN DATA EXCHANGE, et al.,

          Defendant.
_____/

ORDER

On January 07, 2010, this Court entered an Order to Show Cause ordering Karen Kevorkian to comply with the subpoena served upon her and to appear at a deposition in connection with this case.

On February 4, 2010, the Court received written communication from Defendant's attorney, Scott L. Mandel, that Karen Kevorkian, did appear for her deposition on February 3, 2010.

The Court being fully advised in the premises;

IT IS ORDERED that the Order to Show Cause [#107] is hereby DISMISSED.

                                      S/R. Steven Whalen
                                      R. STEVEN WHALEN
                                      UNITED STATES MAGISTRATE JUDGE

Dated: February 8, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 8, 2010.

S/Gina Wilson
Judicial Assistant