UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


HOME QUARTERS REAL ESTATE               Case No.  07-12090
GROUP, LLC,

      Plaintiff,

v.                                      District Judge Stephen J. Murphy, III
                                        Magistrate Judge R.  Steven Whalen
MICHIGAN DATA EXCHANGE, INC.
d/b/a MIREALSOURCE, and
REALCOMP II, LTD.,

       Defendants.

_____/

**ORDER**

Before the Court are Defendant Michigan Data Exchange, Inc., d/b/a

MIREALSOURCE's Motion to Quash or Modify Subpoenas and for Entry of Protective

Order [Docket #116], and Dan Elsea's and Kelly Sweeney's Motion to Modify Non-Party

Subpoenas [Docket #120].

Counsel having notified the Court that Elsea's and Sweeney's Motion to Modify

Non-Party Subpoenas **[Docket #120]** has been resolved, said motion is DISMISSED AS

MOOT.

For the reasons and under the terms stated on the record on May 28, 2010,

Defendant MIREALSOURCE's motion to quash or modify **[Docket #116]** is GRANTED

-1-

IN PART AND DENIED IN PART.

Defendant's request to quash the subpoenas is DENIED.

Defendant's request to modify the subpoenas is GRANTED, as follows:

A. As to Item #1 of the requested documents (Exhibit A to the subpoenas), the documents shall be produced subject to the following limitations:

1. The time frame for this request will be from March, 2002 through December, 2004;

2. The request shall not apply to routine real estate transactional or closing documents or documents contained within routine transactional files.

B. As to Item #2, counsel have informed the Court that the dispute has been resolved.

C. As to Item #3, the documents shall be produced subject to the following limitations:

1. The time frame for this request will be from March, 2002 through December, 2004;

2. The request shall not apply to routine real estate transactional or closing documents or documents contained within routine transactional files.

All discovery ordered herein shall be produced no later than 21 days from the date of this Order.


IT IS SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: May 28, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 28, 2010.

S/Gina Wilson
Judicial Assistant