IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**HOME QUARTERS REAL**
**ESTATE GROUP, LLC,**

   Plaintiff,

v.

**MICHIGAN DATA EXCHANGE, INC.**
**d/b/a MIREALSOURCE, and**
**REALCOMP II, LTD.,**

   Defendants.

Case No. 07-12090

Hon. Stephen J. Murphy III

_____

## ORDER

  The Court, being fully advised, grants the Stipulation of All Parties to Dismiss Case With Prejudice and hereby dismisses the above-captioned case and all pending claims, including MiRealSource's pending counterclaim, with prejudice and without attorney fees and costs to any party.  The Court shall retain jurisdiction of this matter for purpose of any dispute related to enforcement and interpretation of the October 8, 2010 agreement between HQ and MiRealSource and the October 8, 2010 agreement between HQ and Realcomp, which collectively resolved this matter

  **IT IS SO ORDERED.**

           s/Stephen J. Murphy, III
           STEPHEN J. MURPHY, III
           United States District Judge

Dated: October 21, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 21, 2010, by electronic and/or ordinary mail.

         <u>s/Alissa Greer</u>
         Case Manager